UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY RICHARDSON, an individual, THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>           Plaintiffs,<br><br>v.<br><br>DOE CLERK, et al.;<br><br>           Defendants. | CASE:  5:22-cv-01991-JGB (SPx)<br><br>**JUDGMENT FOLLOWING ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |

1   On February 29, 2024, the Court entered an Order **DISMISSING** Plaintiff Gregory Richardson's second amended complaint **WITH PREJUDICE**. (Dkt. No. 57.) In accordance with that Order, Judgment is entered in favor of Defendants the Honorable Tani G. Cantil-Sakauye, Chief Justice of California (Ret.); Doe Clerks; D. Lewis, IVAMS, Inc. and Peter Eggertsen, and against Plaintiff Gregory Richardson. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: March 19, 2024

Honorable Jesus G. Bernal
United States District Judge